UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:13-cr-32 |
| | ) | |
| v. | ) | |
| | ) | MATTICE / LEE |
| CLIFFORD WITHEY | ) | |

**O R D E R**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court:

(1) grant Defendant's motion to withdraw his not guilty plea to Count One of the one-count

Indictment; (2) accept Defendant's plea of guilty to the lesser included offense of the charge in Count

One, that is, a Class B misdemeanor violation of Title 18 U.S.C. §§ 228(a)(1); (3) adjudicate

Defendant guilty of the lesser included offense of the charge in Count One of the Indictment;

(4) defer a decision on whether to accept the plea agreement until sentencing; and (5) Defendant has

been released on bond under appropriate conditions of release pending sentencing in this matter

[Doc. 16]. Neither party filed a timely objection to the report and recommendation. After reviewing

the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly,

the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 16]

pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1)     Defendant's motion to withdraw his not guilty plea to Count One of the Indictment

is **GRANTED**;

(2)     Defendant's plea of guilty to the lesser included offense of the charge in Count One,

that is, a Class B misdemeanor violation of Title 18 U.S.C. §§ 228(a)(1), is

**ACCEPTED**;

(3)      Defendant is hereby **ADJUDGED** guilty of the lesser included offense of the charge in Count One, that is, a Class B misdemeanor violation of Title 18 U.S.C. §§ 228(a)(1);

(4)      A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(5)      Defendant **SHALL REMAIN** on bond under appropriate conditions of release pending sentencing in this matter, which is scheduled to take place on **Monday, November 25, 2013 at 2:00 p.m.** before the Honorable Harry S. Mattice, Jr.

**SO ORDERED.**

**ENTER:**

_/s/Harry S. Mattice, Jr._
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE

2